**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00343-EWN-13

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Matthew Holman Bucknell,

       Defendant.

---

**ORDER DENYING DEFENDANT'S REQUEST FOR TERMINATING SUPERVISED**
**RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

---

Although it is recognized that Mr. Bucknell has made a positive adjustment to supervision, his Risk Prediction Index score of 3 makes him a potential risk of harm to the community.  An RPI Score of 3 is indicative of a 32 % recidivism rate.

Pursuant to the policies and procedures of the Judicial Conference Committee on Criminal Law, It is

Ordered that the defendant's request to be discharged from supervised release prior to the original expiration date is DENIED.

DATED at Denver, Colorado, this 9th day of August, 2006.

       BY THE COURT:

       s/ Edward W. Nottingham
       Edward W. Nottingham
       United States  Judge